IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CAUSE NO.: 4:15CR151-SA

DETRICK DOYLE  DEFENDANT

## ORDER GRANTING MOTION FOR RELEASE OF BOND

Presently before the Court is the Motion For Release of Bond [89] posted on the Defendant's behalf. The Government does not oppose the motion. Upon due consideration, and in light of the unopposed nature of the Defendant's motion, the Court finds that the motion should be granted.

Therefore, it is hereby ORDERED that:

1) the Motion For Release of Bond [89] is GRANTED; and

2) the Clerk of the Court shall remit all funds used as security for this Defendant, $500.00, to Echo White at the mailing address on file at the Clerk's Office.

SO ORDERED this 9th day of February, 2017.

/s/ Sharion Aycock
U.S. DISTRICT JUDGE